JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENT GRAY, individually, and on behalf others similarly situated<br><br>    Plaintiff,<br><br>    vs.<br><br>MARATHON PETROLEUM LOGISTICS SERVICES, LLC, a limited liability company; MARATHON PETROLEUM COMPANY, LP; a limited partnership; ANDEAVOR LOGISTICS, LP, a limited partnership; TESORO REFINING & MARKETING COMPANY, LLC, a limited liability company,<br><br>    Defendants. | Case No. 2:20-cv-07865-JFW-JCx<br><br>Assigned to Hon. John F. Walter<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS MARATHON PETROLEUM LOGISTICS SERVICES LLC, MARATHON PETROLEUM COMPANY LP, ANDEAVOR LOGISTICS LP, AND TESORO REFINING & MARKETING COMPANY LLC AND AGAINST PLAINTIFF CLEMENT GRAY**<br><br>Date:            October 4, 2021<br>Time:            1:30 p.m.<br>Courtroom:  7A<br><br>Action Filed:                          6/15/2020<br>Pre-Trial Conference Date:  11/12/2021<br>Trial Date:                             12/7/2021 |

[PROPOSED] JUDGEMENT

76634590v.1

1  Plaintiff Clement Gray ("Plaintiff") brought the present class and representative
2  action against Defendants Marathon Petroleum Logistics Services LLC, Marathon
3  Petroleum Company LP, Andeavor Logistics LP and Tesoro Refining & Marketing
4  Company LLC ("Defendants"). Plaintiff's operative Second Amended Complaint alleges
5  causes of action for: (1) failure to provide meal periods; (2) failure to provide rest
6  periods; (3) failure to provide overtime wages; (4) failure to pay minimum wages; (5)
7  failure to pay all wages due to discharged and quitting employees; (6) failure to maintain
8  required payroll records; (7) failure to furnish accurate itemized wage statements; (8)
9  failure to indemnify employees for necessary expenditures; (9) unfair and unlawful
10 business practices; and (10) penalties under the Private Attorneys General Act.

11 The Court dismissed without leave to amend Plaintiff's first, second, and third
12 causes of action for failure to provide meal periods, failure to provide rest periods, and
13 failure to pay overtime wages, respectively, on January 12, 2021. (Dkt. 43.) On July,
14 2021, the Court dismissed with prejudice Plaintiff's class action allegations. (Dkt. 65.)

15 On September 3, 2021, Defendants filed a Motion for Summary Judgment to
16 Plaintiff's remaining claims, which came on for hearing before this Court on October 4,
17 2021. After considering the moving and opposing papers and all supporting evidence,
18 arguments of counsel, and all other matters presented to the Court, IT IS HEREBY
19 ORDERED, ADJUDGED, AND DECREED THAT:

20  1. Defendants' Motion for Summary Judgment is GRANTED.
21  2. Plaintiff's Second Amended Complaint is DISMISSED WITH
22 PREJUDICE.
23  3. Plaintiff takes nothing from Defendants, the action is dismissed in its
24 entirety, and Defendants may submit a cost bill in accordance with the requirements of
25 law.

1    4.   Judgement is entered in favor of Defendants and against Plaintiff on the
2  Second Amended Complaint.

4  DATED: October 26, 2021          _____
5                                   HONORABLE JOHN F. WALTER
                                    UNITED STATES DISTRICT COURT JUDGE